Jobe DANGANAN, on behalf of himself and all others similarly situated

v.

GUARDIAN PROTECTION SERVICES

Petition of: United States Court of Appeals for the Third Circuit

No. 44 WM 2017

Supreme Court of Pennsylvania.

August 8, 2017

### ORDER

PER CURIAM

AND NOW, this 8th day of August, 2017, the Petition for Certification of Ques-

tion of State Law is **GRANTED.** This Court shall consider the following issues:

1. Whether a non–Pennsylvania resident may bring suit under the Pennsylvania Unfair Trade Practices and Consumer Protection Law (UTPCPL), [73 P.S. §§ 201–1 to 201–9.3], against a business headquartered in and operating from Pennsylvania, based on transactions which occurred outside of Pennsylvania?

2. If the UTPCPL does not allow a non–Pennsylvania resident to invoke its protections, whether the parties can, through a choice-of-law provision, expand its protections to parties to the contract who are non–Pennsylvania resident consumers?

The Prothonotary is **DIRECTED** to establish a briefing schedule and list this case for oral argument.